**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-00069-DDD-KLM

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

LIGHTSHADE LABS, LLC,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)**

---

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff; and Sean David Gonzalez Camacho on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit.

-2-

Respectfully submitted this 3rd day of August 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Sean David Gonzalez Camacho
Sean David Gonzalez Camacho
Dentons US LLP - Denver
1400 Wewatta Street
Suite 700
Denver, CO 80202
sean.camacho@dentons.com
ATTORNEY FOR DEFENDANT

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Sean David Gonzalez Camacho
sean.camacho@dentons.com

/s/ *Ari H. Marcus*